# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

30 73
17ap360
30 73
27ap556

AMASA T. KINGMAN, Appellant, v. THE ROME, WATER-
TOWN AND OGDENSBURGH RAILROAD COMPANY,
Respondent.

*Persons buying stock, in order to bring actions for past wrongful acts of directors,
are not favored by courts of equity.*

APPEAL from an order made at a Special Term, denying a motion
for an injunction.

The court at General Term said: "This is an appeal from an
order denying a motion on the part of the plaintiff to continue an
injunction. Both the plaintiff and his assignor appear to have
become owners of the one hundred shares of stock on which the
suit is brought, sometime after the proceedings had been taken, of
which complaint is made, the stock having been transferred to the
assignor on January 10, 1883, and to the plaintiff on January 16,
1883; and the action of the directors, of which complaint is made,
was taken in the month of December previously. It seems to be a
fair inference from these facts, that the plaintiff and his assignor
bought into the company for the purposes of bringing this suit and
carrying on this litigation, and it has been held in several cases that
persons occupying that relation to a transaction are not entitled to
any special favor of the court. (*Robson* v. *Dodds*, L. R., 8 Eq.,
301; *Hawes* v. *Oakland*, 104 U. S., 461; and see Rule of Practice
in Equity in the U. S. Courts, 104 U. S.) Such parties are regarded
as interlopers seeking to disturb the rights of innocent holders of
stock, to their great prejudice, and should not be allowed to have or
retain injunctions where their rights can be preserved by awarding
damages for such injury as they may have sustained."

The court then held that in any event the plaintiff had failed to make out a clear case entitling him to an injunction.

*Stanley, Clarke & Smith*, for the appellant.

*Turner, Lee & McClure*, for the respondent.

Opinion by DAVIS, P. J.; BRADY and DANIELS, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.